USDC IN/ND case 4:21-cv-00018-JTM-APR document 7 filed 01/21/21 page 1 of 7

79C01-2101-CT-000011
Tippecanoe Circuit Court

Filed: 1/21/2021 2:51 PM
Clerk
Tippecanoe County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE CIRCUIT COURT |
| | )SS: | |
| COUNTY OF TIPPECANOE | ) | 2021 TERM |

| | |
|---|---|
| MARY MARGARET BAILEY and ) | |
| ROBERT BAILEY, ) | |
|     Plaintiffs ) | |
| vs. ) | CAUSE NO. 79C01-2101-CC- |
| SCOTT TAKACH and ) | |
| MELTON TRUCK LINES INC. ) | |
| and LIBERTY TRUCK AND ) | |
| TRAILER SALES, LLC ) | |
|     Defendants ) | |

## COMPLAINT

Comes now the Plaintiff, Mary Margaret Bailey, by counsel Linda L. Harris and Donald W. Shelmon, and for a cause of action against Defendant Scott Takach, alleges and says:

1.  That at all relevant times to this cause of action the Plaintiff, Mary Margaret Bailey was a resident of Benton County, Indiana.

2.  That on the 28th day of January, 2019, the Plaintiff, Mary Margaret Bailey was operating a 2000 Jeep Cherokee Eastbound at 9215 U.S. 52 West in Tippecanoe County, Indiana.

3.  That at the same time and place the Defendant, Scott Takach, a resident of Spokane, Washington, was operating a 2019 Kenworth semi-tractor and pulling an attached semi trailer.

4.  That the Defendant, Scott Takach, failed to stop at the intersection at 9215 U.S. 52 West as required by the traffic control device, being a stop sign located at said intersection.

5. That the Defendant, Scott Takach, failed to keep a proper outlook for oncoming traffic.

6. That the Defendant, Scott Takach, failed to yield the right-of-way to the oncoming traffic, who had the right-of-way through the intersection.

7. That the Defendant, Scott Takach, operated the truck in a manner which was in violation of the laws of the State of Indiana.

8. That the Defendant, Scott Takach, operated the truck in a negligent manner.

9. That as a result of the manner in which the Defendant, Scott Takach, operated the semi-tractor and trailer, it collided with the vehicle being operated by the Plaintiff, Mary Margaret Bailey.

10. That as a result of the negligent manner in which the Defendant, Scott Takach, operated the 2019 Kenworth semi-tractor, it collided with the vehicle being operated by the Plaintiff, Mary Margaret Bailey.

11. That said collision was directly and proximately caused by the negligent operation of the 2019 Kenworth semi-tractor by the Defendant, Scott Takcah.

12. That as a result of the negligence and carelessness of the Defendant, Scott Takach, Plaintiff, Mary Margaret Bailey, has been caused to suffer permanent and painful injuries.

13. That as a result of the negligence and carelessness of the Defendant, Scott Takach, Plaintiff, Mary Margaret Bailey, has incurred and will continue to incur medical and rehabilitation expenses associated with her injuries and the effects thereof.

14. That as a result of the negligence and carelessness of the Defendant, Scott Takach, Plaintiff, Mary Margaret Bailey has incurred and will continue to incur lost income as a result of the injuries she received and the effects thereof.

15. That the Plaintiff, Mary Margaret Bailey, suffered and continues to suffer great pain of her body, person and mind.

16. That the Plaintiff, Mary Margaret Bailey, has incurred and will continue to experience emotional trauma and difficulties as a result of the injuries she received and the effects thereof which she received as a direct result from said collision.

17. That the Plaintiff, Mary Margaret Bailey's ability to enjoy life, attend to and engage in her usual activities and to maintain herself has been greatly damaged, reduced and/or destroyed for the rest of her life.

18. That as a result of said collision, the Plaintiff, Mary Margaret Bailey's automobile was completely destroyed.

WHEREFORE, Mary Margaret Bailey prays for judgment against the Defendant, Scott Takach, jointly and severally with the other named Defendants for damages she has and shall continue to incur as a result of said collision, for the costs of this action and for all other just and proper relief in the premises.

   /s/ Linda L. Harris                                /s/ Donald W. Shelmon
Linda L. Harris, #17914-79A                Donald W. Shelmon, #1768-37
Attorney for Plaintiffs                            Attorney for Plaintiffs

## COUNT II

Comes now the Plaintiff, Mary Margaret Bailey, by counsel, Linda L. Harris, and Donald W. Shelmon and for a second cause of action against the Defendant, Melton Truck Lines, Inc. alleges and says:

19. That the Plaintiff, Mary Margaret Bailey, incorporates by reference Rhetorical Paragraphs contained in Count I of this Complaint as if the same were more fully set forth herein.

20. That Defendant, Melton Truck Lines Inc. (hereinafter Melton Truck), is a Corporation organized under the laws of the State of Oklahoma, which owns and operates a fleet of trucks for commercial transportation.

21. That on or about January 28, 2019, Defendant Scott Takach, was operating a 2019 Kenworth semi-tractor owned by the Defendant, Liberty Truck and Sales, LLC and being operated under the authority issued to the Defendant, Melton Truck, at the intersection of 9215 U.S. Highway 52 West in Tippecanoe County, Indiana.

22. That the semi-tractor and trailer being operated under the authority of the Defendant, Melton Truck, and operated by the Defendant, Scott Takach, did negligently collide with and strike the Plaintiff, Mary Margaret Bailey's vehicle on said date, causing serious and permanent injuries to said Plaintiff.

23. At the time and place of the collision described above, Defendant Scott Takach was acting within the scope of his employment or agency relationship as a truck driver with the Defendant Melton Truck.

24. That the Defendant Melton Truck is liable for all the damages that have been and shall be incurred by the Plaintiff, Mary Margaret Bailey.

WHEREFORE Mary Margaret Bailey prays for judgment against the Defendant, Melton Truck Lines, Inc., jointly and severally with the other named Defendants, for damages she has and shall continue to incur as a result of said collision, for the costs of this action and for all other just and proper relief in the premises.

_/s/ Linda L. Harris_  
Linda L. Harris, #17914-79A  
Attorney for Plaintiffs

_/s/ Donald W. Shelmon_  
Donald W. Shelmon, #1768-37  
Attorney for Plaintiffs

## **COUNT III**

Comes now the Plaintiff, Mary Margaret Bailey, by counsel, Linda L. Harris, and for a third cause of action against the Defendant, Liberty Truck and Trailer Sales LLC, alleges and says:

25. That the Plaintiff, Mary Margaret Bailey, incorporates by reference Rhetorical Paragraphs contained in Count I and Count II of this Complaint as if the same were more fully set forth herein.

26. That Defendant, Liberty Truck and Trailer Sales LLC (hereinafter Liberty Truck), is a Corporation organized under the laws of the State of Oklahoma, and offers a wide range of fleet management services including full service truck leasing, commercial truck lease financing combined with programmed maintenance, onsite and programmed fleet maintenance, truck rental, and a comprehensive network of fuel services.

27. That on or about January 28, 2019, Defendant Scott Takach, a resident of Spokane, Washington, was operating a 2019 Kenworth semi-tractor and trailer owned by Liberty Truck, as its agent, at the intersection of 9215 U.S. Highway 52 W in Tippecanoe County, Indiana.

28.     That the semi-tractor and trailer owned by the Defendant, Liberty Truck, and operated by the Defendant, Scott Takach, under the authority of the Defendant, Melton Truck Lines, Inc., did negligently collide with the Plaintiff, Mary Margaret Bailey's vehicle on said date, causing serious and permanent injuries to said Plaintiff.

29.     That the Defendant Liberty Truck entered into an arrangement with the Defendant, Melton Truck Lines, Inc., to all its semi-tractors and trailers to be operated under the authority of the Defendant Melton Truck Lines, Inc.

30.     That the Defendant Liberty Truck is liable for all the damages that have been and shall be incurred by the Plaintiff Mary Margaret Bailey.

WHEREFORE, Mary Margaret Bailey prays for judgment against the Defendant, Liberty Truck and Trailer Sales, LLC, jointly and severally with the other named Defendants, for damages she has and shall continue to incur as a result of said collision, for the costs of this action and for all other just and proper relief in the premises.

| | |
|---|---|
| _/s/ Linda L. Harris_ | _/s/ Donald W. Shelmon_ |
| Linda L. Harris, #17914-79A | Donald W. Shelmon, #1768-37 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |

### COUNT IV

Comes now the Plaintiff, Robert Bailey, by counsel Linda L. Harris, and for a forth cause of action against the Defendant, Scott Takach, alleges and says:

31.     That the Plaintiff, Robert Bailey, incorporates by reference Rhetorical Paragraphs contained in Counts I, II and III of this Complaint as if the same were more fully set forth herein.

32.     That at all relevant times to this cause of action, the Plaintiff, Robert Bailey, was the spouse of the Plaintiff, Mary Margaret Bailey.

33. That as a result of the severe and disabling injuries received by the Plaintiff, Mary Margaret Bailey, the Plaintiff, Robert Bailey, has suffered loss of consortium.

34. That as a result of the medical treatment, rehabilitation and severe and disabling injuries received by the Plaintiff, Mary Margaret Bailey, as a result of the accident caused by the neglect and negligence of the Defendants, Scott Takach, Melton Truck Lines, Inc. and Liberty Truck and Trailer Sales, LLC, the Plaintiff, Robert Bailey, has been forced to undertake numerous and continuing duties and responsibilities which he was not required to do prior to the accident.

WHEREFORE, Robert Bailey, prays for judgment against the Defendant, Scott Takach, jointly and severally with the other named Defendants for damages, for the costs of this action, and for all other just and proper relief in the premises.

Plaintiffs demand trial by jury.

| | |
|---|---|
| /s/ Linda L. Harris | /s/ Donald W. Shelmon |
| Linda L. Harris, #17914-79A | Donald W. Shelmon, #1768-37 |
| Attorney at Law, P. C. | Attorney at Law |
| 214 N. Third Street | 119 ½ N. Cullen Street |
| Kentland, IN  47951 | Rensselear, IN  47978 |
| Telephone: (219) 474-3355 | Telephone: (219) 866-8875 |
| llhlaw@embarqmail.com | efile@shelmonlaw.com |
| *Attorney for Plaintiffs* | *Attorney for Plaintiffs* |